■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL MACK, Appellant. (Appeal No. 2.) [817 NYS2d 566]—Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered April 10, 2003. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in People v Mack (31 AD3d 1197 [2006]). Present—Hurlbutt, J.P., Kehoe, Gorski, Green and Pine, JJ.